**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF & email**

January 23, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re: <u>United States v. Makkah Shabazz</u>,
          19 Cr. 789 (PPG)

Dear Judge Gardephe:

    I write to request permission for my client to attend a family event in Weehawken, New Jersey on Sunday, January 26th. Pursuant to her bail conditions Ms. Shabazz' travel is limited to the Eastern and Southern District of New York and the Middle District of Pennsylvania.

    Assistant U.S. Attorney Louis Pellegrino and U.S. Pretrial Officer Keyana Pompey advised they have no objection to this request.

    I apologize for the lateness of this letter.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Louis Pellegrino, Esq.
    Assistant U.S. Attorney

Keyana Pompey
U.S. Pretrial Officer

MEMO ENDORSED

The Application is **granted**.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: Jan. 23, 2020