**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**

Thomas F. X. Dunn  Tel: 212-941-9940
Admitted: NY, NJ & MA  Fax: 212-693-0090
_____  Thomasdunnlaw@aol.com

William J. Rempel
Admitted: NY & NJ

**By ECF**  April 4, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
> /s/ Paul G. Gardephe
> Paul G. Gardephe, U.S.D.J.
> Dated: April 6, 2020

Re: United States v. Makkah Shabazz,
    19 Ct. 789 (PGG)

Dear Judge Gardephe:

I represent Makkah Shabazz pursuant to the Criminal Justice Act. I write to request that your Honor assign my associate, William Rempel, to assist me. I request that he initially be assigned 100 hours at the rate of $90 an hour. If additional hours are needed I will seek permission of your Honor for those hours.

A hard drive containg discovery was received from the discovery coordinator Julie A. De Almeida, Esq.  The discovery includes wiretap materials for 17 target phone lines. There are approximately 4000 transcripts, audio and video recordings and approximately 125 zipped email folders. Mr. Rempel previously received assignments from the Honorable Kimba M. Wood, the Honorable Ronnie Abrams, The Honorable Lewis A. Kaplan and the Honorable Naomi Reice Buchwald.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn