**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**

Thomas F. X. Dunn                                              Tel: 212-941-9940
Admitted: NY, NJ & MA                                          Fax: 212-693-0090
_____                                                     Thomasdunnlaw@aol.com

William J. Rempel
Admitted: NY & NJ

**By ECF & email**                                            April 4,2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: April 6, 2020

       Re: <u>United States v. Makkah Shabazz,</u>
          19 Ct. 789 (PGG)

Dear Judge Gardephe:

       I represent Makkah Shabazz pursuant to the Criminal Justice Act. I write to request permission to file interim vouchers.

       I received te appointment to represent Ms. Shabazz on November 7, 2019. On a February 23rd I received a hard drive from discovery coordinator Julie A. De Almeida, Esq. The discovery includes wiretap materials for 17 target phone lines. There are approximately 4000 transcripts, audio and video recordings and approximately 125 zipped email folders. Based on the time spent to date, the expected review of discovery, and the expected length of the case this request is made.

       Thank you for your consideration of this request.

                 Respectfully yours,
                    /s/
                 Thomas F.X. Dunn