**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF**

July 14, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 16, 2020

    Re: <u>United States v. Makkah Shabazz</u>,
        19 Cr. 789 (PPG)

Dear Judge Gardephe:

    I write to request permission for my client to travel to Atlantic City, N.J. on July 21st. She would return on July 23. The purpose of this travel is to have a short vacation. Ms. Shabazz' travel is limited to the Eastern and Southern District of New York and the Middle District of Pennsylvania.

    Assistant U.S. Attorney Louis Pellegrino and U.S. Pretrial Officer Keyana Pompey advised they have no objection to this request.

    Thank you for your consideration of this request.

                            Respectfully yours,
                            /s/
                            Thomas F.X. Dunn

Cc: Louis Pellegrino, Esq.
    Assistant U.S. Attorney (by ECF)

    Keyana Pompey
    U.S. Pretrial Officer
    (by email)