**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 6, 2020

**By ECF**                                                                                          August 4, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re: <u>United States v. Makkah Shabazz</u>,
           19 Cr. 789 (PPG)

Dear Judge Gardephe:

    I write to request permission for my client to travel to Baltimore, MD. on August 10th. She would return on August 13. The purpose of this travel is to have a short vacation. Ms. Shabazz' travel is limited to the Eastern and Southern District of New York and the Middle District of Pennsylvania.

    Assistant U.S. Attorney Louis Pellegrino and U.S. Pretrial Officer Keyana Pompey advised they have no objection to this request. Assistant U.S. Attorney advised Maryland is on the New York Covid travel list. Ms. Shabazz has agreed to quarantine for 14 days upon her return if Maryland is still on this list on August 13th.

    Thank you for your consideration of this request.

                                                      Respectfully yours,
                                                               /s/
                                                           Thomas F.X. Dunn

Cc: Louis Pellegrino, Esq.
    Assistant U.S. Attorney (by ECF)

    Keyana Pompey
    U.S. Pretrial Officer
    (by email)