**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: August 20, 2020

**By ECF & Fax**                                                             August 19, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

       Re: United States v. Makkah Shabazz,
          19 Cr. 789 (PPG)

Dear Judge Gardephe:

    I write to request permission for my client to attend a family event in New Jersey on Saturday, August 22nd. Pursuant to her bail conditions Ms. Shabazz' travel is limited to the Eastern and Southern District of New York and the Middle District of Pennsylvania.

    I also request that she be permitted to travel to Baltimore, Maryland from August 24th through August 26th.

    Assistant U.S. Attorney Louis Pellegrino and U.S. Pretrial Officer Keyana Pompey advised they have no objection to this request.

    Thank you for your consideration of this request.

                                                      Respectfully yours,
                                                           /s/
                                                      Thomas F.X. Dunn

Cc: Louis Pellegrino, Esq.
    Assistant U.S. Attorney

    Keyana Pompey
    U.S. Pretrial