**THOMAS F. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

MEMO ENDORSED

The Application is granted.
SO ORDERED:
*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: September 22, 2020

**By ECF & Fax**                                                        September 22, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

       Re: <u>United States v. Makkah Shabazz</u>,
           19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I write to request permission for my client to travel to Baltimore on September 28th and returning on September 30th. Ms. Shabazz' travel is limited to the Eastern and Southern District of New York and the Middle District of Pennsylvania.

    Assistant U.S. Attorney Mathew Andrews and U.S. Pretrial Officer Keyana Pompey advised they have no objection to this request.

    Thank you for your consideration of this request.

                                                      Respectfully yours,
                                                      /s/
                                                     Thomas F.X. Dunn

Cc: Mathew Andrews, Esq.
    Assistant U.S. Attorney

    Keyana Pompey
    U.S. Pretrial