**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

MEMO ENDORSED

The Application is granted.
SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: October 22, 2020

**By ECF & Fax**                                                    October 21, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

       Re: United States v. Makkah Shabazz,
           19 Cr. 789 (PGG)

Dear Judge Gardephe:

      I write to request permission for my client to travel to Baltimore on October 26th and returning on October 28th. Ms. Shabazz' travel is limited to the Eastern and Southern District of New York and the Middle District of Pennsylvania.

      Assistant U.S. Attorney Louis Pellegrino and U.S. Pretrial Officer Keyana Pompey advised they have no objection to this request.

      Thank you for your consideration of this request.

                                                Respectfully yours,
                                                /s/
                                                Thomas F.X. Dunn

Cc: Louis Pellegrino, Esq.
     Assistant U.S. Attorney

     Keyana Pompey
     U.S. Pretrial