**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 19, 2020

**By ECF & email**

November 18, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

   Re: <u>United States v. Makkah Shabazz</u>,
    19 Cr. 789 (PPG)

Dear Judge Gardephe:

  I write to request permission for my client to travel to Baltimore leaving November 23rd and returning to New York on November 25th. She also requests yo travel to Ewing, N.J. for Thanksgiving.

  Assistant U.S. Attorney Matthew Andrews and U.S. Pretrial Officer Keyana Pompey advised they have no objection to these requests.

  Thank you for your consideration of this requests.

           Respectfully yours,
             /s/
           Thomas F.X. Dunn

Cc: Matthew Andrews, Esq.
  Assistant U.S. Attorney

  Keyana Pompey
  U.S. Pretrial Officer