**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF & email**

December 29, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:
Paul G. Gardephe, U.S.D.J.

Dated: December 29, 2020

Re: <u>United States v. Makkah Shabazz,</u>
    19 Cr. 789 (PPG)

Dear Judge Gardephe:

I write to request permission for my client to travel to New Jersey to attend a New Year's Eve gathering. She will remain In New Jersey overnight and return to New York on January 1st. She will provide Pretrial Services with her location.

Assistant U.S. Attorney Louis Pellegrino and U.S. Pretrial Officer Keyana Pompey advised they have no objection to this request.

Thank you for your consideration of this requests.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Louis Pellegrino, Esq.
    Assistant U.S. Attorney

    Keyana Pompey
    U.S. Pretrial Officer