UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- v. -

MAKKAH SHABAZZ,
   a/k/a "Mecca,"

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Makkah Shabazz sentencing will take place on **November 12, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Shabazz are due by **October 21, 2021**. The Government's submission is due by **October 28, 2021**.

        The Probation Department is directed to prepare a presentence investigation report for Defendant Shabazz.

Dated: New York, New York
       July 13, 2021

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge

1