**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 BROADWAY**
**SUITE 1515**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
FAX: 212-693-0090
Thomasdunnlaw@aol.com

**ECF**                                                                         February 14, 2022

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, N.Y.10007

      Re: United States v. Makkah Shabazz
          19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I write to request that my client, Makkah Shabazz, be granted permission to travel to Puerto Rico for 3 to 4 days in March before her surrender on March 26th to commence her sentence. Pretrial Officer Keyana Pompey and Assistant U.S. Attorney Louis Pellegrino advised they take no position on this application.

    Thank you for your consideration of this request.

                                            Respectfully yours,
                                               /s/
                                           Thomas F. X. Dunn

Cc: Louis Pellegrino, Esq.
    Assistant U.S Attorney
    (By ECF & email)

    Keyana Pompey
    U.S. Pretrial Officer
    (by email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: February 15, 2022