**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 BROADWAY**
**SUITE 1515**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
FAX: 212-693-0090
Thomasdunnlaw@aol.com

**ECF**  August 25, 2022

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, N.Y.10007

    Re: <u>United States v. Makkah Shabazz</u>
       19 Cr. 789 (PGG)

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

**Dated:  August 29, 2022**

Dear Judge Gardephe:

    I write to request that the Court direct U.S. Pretrial Services to return to Makkah Shabazz her passport, which was held as a condition of her release. Pretrial Officer Keyana Pompey advised that she has no objection to this request and Assistant U.S. Attorney Louis Pellegrino advised that the government takes no position on this application.

    Thank you for your consideration of this request.

                                                          Respectfully yours,
                                                                /s/
                                                          Thomas F. X. Dunn

Cc: Louis Pellegrino, Esq.
    Assistant U.S Attorney
    (By ECF)

    Keyana Pompey
    U.S. Pretrial Officer
    (by email)