**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**SUITE 400**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
FAX: 212-693-0090
Thomasdunnlaw@aol.com

ECF                                                                                         January 4, 2023

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, N.Y.10007

      Re: <u>United States v. Makkh Shabazz</u>
          19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I write to request permission for my former client, Makkah Shabazz, to travel to the Dominican Republic for her godson's wedding. If approved she would be in the Dominican Republic from April 20 through April 25th. Probation officer Sabrina Gargano advised that she can only approve domestic trips not international trips. She advised that an application must be made to Your Honor. Ms. Shabazz provided her hotel information to Officer Gargano.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F. X. Dunn

Cc: Sabrina Gargano
    U.S. Probation Officer
    (By email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated: January 13, 2023