**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**SUITE 400**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
Thomasdunnlaw@aol.com

**ECF & email**                                                February 23, 2023

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, N.Y.10007

   Re: United States v. Makkah Shabazz
     19 Cr. 789 (PGG)

Dear Judge Gardephe:

  I write to request that my former client Makkah Shabazz be permitted to travel on a three day cruise between Miami and the Bahamas. The dates of travel are March 31st to April 3, 2023. U.S. Probation Officer Sabrina Gargano has no objection to this international trip, but advised a permission request must be made to Your Honor.

  Thank you for your consideration of this request.

                  Respectfully yours,
                     /s/
                  Thomas F. X. Dunn

Cc: Sabrina Shabazz
  U.S. Probation
  (by email)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

/s/ Paul S. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: February 24, 2023