**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**SUITE 400**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
Thomasdunnlaw@aol.com

**ECF & email**                                           February 26, 2024

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, N.Y.10007

     Re: <u>United States v. Makkah Shabazz</u>
          19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I write to request that Your Honor issue an order terminating the supervised release of my former client Makkah Shabazz. She is presently supervised by the Low Intensity Unit. Her supervision is scheduled to end on September 6, 2024. Probation Officer Lisa Famularo advised that she has no objection to the early termination of supervised release.

    Assistant U.S. Attorney Mathew Andrews advised he has no objection to the early termination of supervised release.

    Thank you for your consideration of this request.

                                                      Respectfully yours,
                                                      /s/
                                                      Thomas F. X. Dunn

Cc: Lisa Famularo
    U.S. Probation
    (by email)

    Mathew Andrews, Esq.
    Assistant U.S. Attorney
    (by ECF & Email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Feb 27 2024